IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLINTON PLUMBING AND HEATING OF
TRENTON, INC., et al.,
    Plaintiffs,

v.    CIVIL NO. 09-2751

STEPHEN ANTHONY CIACCIO, et al.,
    Defendants.

FILED
OCT 22 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW,** this 22nd day of October, 2010, upon consideration of Defendant's Motion to Dismiss Amended Complaint [Doc. No. 17], Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Dismiss [Doc. No. 21], Defendant's Reply to Opposition to Motion to Dismiss [Doc. No. 24], and Plaintiff's Sur-reply and Memorandum of Law in Opposition to Defendant's Motion to Dismiss [Doc. No. 27], it is hereby **ORDERED** that Defendant Capital One's Motion to Dismiss is **GRANTED.**

Plaintiffs are granted leave to amend their complaint, if appropriate, on or before **Friday, November 12, 2010.**

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
HON. CYNTHIA M. RUFE